UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  19-10163-CV-JEM

PEDRO J. CABRE, et al.,

    Plaintiffs,

v.

COTTON COMMERCIAL USA, et al.,

    Defendants.
_____/

## ORDER APRROVING FLSA SETTLEMENT AND DISMISSING CASE WITH PREJUDICE AS TO COTTON COMMERCIAL USA

**THIS CAUSE** came before the Court on the Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice ("Motion") (DE 62). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review (DE 62-1).  After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.  Accordingly, it is hereby **ORDERED and ADJUDGED** that

    1.    The parties' Motion is **GRANTED**.

    2.    The parties' Settlement Agreement is hereby **APPROVED**.

    3.    All claims asserted by Plaintiffs in the above-captioned lawsuit against Defendant Cotton Commercial USA are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of June, 2020.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE