# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO 19-10163-CIV-MARTINEZ-OTAZO-REYES

PEDRO J. CABRE, et al.,                          )
                                            )

       Plaintiffs,                              )
                                            )

v.                                               )
                                            )

COTTON HOLDINGS, INC. D/B/A                       )
COTTON COMMERCIAL USA, et al.,                    )
                                            )

       Defendants.                              )
_____)

## <u>DEFAULT FINAL JUDGMENT</u>

THIS CAUSE having come before the Court on Plaintiffs' Motion for Default Judgment Against Defendants Superior Staffing & Payroll Services, VCDP Companies In., and Daniel Paz, and this Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. It is ORDERED in accordance with the Motion:

(1)      Final judgment is entered for the plaintiffs in the total amount of **$232,935.60**.

(2)      The total amount of backpay and liquidated damages owed to plaintiffs, including damages to plaintiffs Reinaldo Quintero Sr. and Gustavo Hernandez, is **$127,969.96,** exclusive of attorneys' fees and expenses. Individual backpay amounts are to be distributed to each plaintiff in accordance with Exhibit A to the Declaration of Keith A. Nickerson, submitted

contemporaneously with the Motion.

      (3)     Attorneys' fees and expenses are awarded to plaintiffs' counsel in the amount of

**$104,965.64.**

      DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of February, 2021.

 

 

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE